UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

In Re: Fred W. Kennedy )
Attorney at Law, Bar No. 2269 )
)  Case No.: 2:17-ms-00028
)
)  **ORDER OF SUSPENSION**
)
)
)
)

On April 17, 2017, this Court entered an Order to Show Cause, mailed via certified mail with a Certified Mail Return Receipt date of delivery of May 12, 2017. However, the Order to Show Cause was returned from the United States Postal Service marked "Return to Sender - Unclaimed - Unable to Forward." The Order to Show Cause provided Mr. Kennedy with thirty (30) days to respond with reasons why he should not be suspended from the practice of law in this Court. No response has been received from Mr. Kennedy. Failure to respond within thirty (30) days warrants an Order of Suspension. Local Rule IA 11-7.

Accordingly, **IT IS HEREBY ORDERED** that Fred W. Kennedy, Nevada State Bar #2269, is hereby **SUSPENDED** from practice in United States District Court for the District of Nevada.

**DATED** this  22  day of May, 2017.

_____
Gloria M. Navarro, Chief Judge
United States District Court

**CERTIFICATE OF SERVICE**

  Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of United States District Court, and that on this __22__ day of May, 2017, I caused to be served a true and correct copy of the foregoing Order of Suspension to the following parties via Certified Mail, Return Receipt Requested via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

  Fred W. Kennedy
  c/o Frank J. Cremen, Esq.
  17 Crescent Drive
  Las Vegas, NV 89102

  Certified Mail No.:   7016 2140 0000 1723 3492

    /s/ Michael Zadina
    Deputy Clerk
    United States District Court,
    District of Nevada