ORDR
FRED W. KENNEDY, ESQ.
Nevada State Bar #002269
719 South 6th Street
Las Vegas, Nevada 89101
(702) 387-0280

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

IN REFERENCE TO:                     )     2:17-cv-02351-GMN
FRED W. KENNEDY, ESQ.                )     Case No.: 2:17-ms-00028
Attorney at Law                      )
Nevada State Bar No.:  2269          )
                                     )
_____      )

## ORDER

This matter having come before this Court on the __21__ day of September, 2017, the court having reviewed the pleadings and documentation on file herein, and good cause appearing,

**IT IS HEREBY ORDERED** that the Motion for Reinstatement filed by Fred W. Kennedy, Esq., is granted.

**IT IS FURTHER ORDERED** that any further paperwork in this matter should be sent to Fred W. Kennedy, Esq., 719 South 6th Street, Las Vegas, Nevada 89101.

DATED this __21__ day of September, 2017.

_____
Gloria M. Navarro, Chief Judge
United States District Judge

Submitted By:

_____
FRED W. KENNEDY, ESQ.
Nevada State Bar #002269
719 South 6th Street
Las Vegas, Nevada 89101
(702)387-0280